IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
AMERICAN BANKERS ASSOCIATION,               )
et al.,                                     )
                                            )
            Plaintiffs,                     )
                                            )
    v.                                      )   Civ. No. 1:13-cv-02050-RJL
                                            )
FEDERAL DEPOSIT INSURANCE CORPORATION,      )
et al.,                                     )
                                            )
            Defendants.                     )
_____ )

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs American Bankers Association, CB&T Bancshares, Inc., Citizens Bank & Trust Company, Monroe Bank & Trust Company, MBT Financial Corporation hereby provide notice that they are voluntarily dismissing without prejudice all claims asserted in the Complaint.  Under Fed. R. Civ. P. 41(a)(1)(A)(i), no court order is necessary because this Notice of Voluntary Dismissal s being filed before any defendant has served an answer or a motion for summary judgment.

-2-

Respectfully submitted,

/s/ Anthony Herman
Anthony Herman (D.C. Bar No. 424643)
Christian J. Pistilli (D.C. Bar No. 496157)
Henry Liu (D.C. Bar No. 986296)
Andrew Soukup (D.C. Bar No. 995101)
David M. Zionts (D.C. Bar No. 995170)
Matthew J. Berns (D.C. Bar No. 998094)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000
aherman@cov.com

*Counsel for Plaintiffs*

February 12, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal, by agreement of the parties, to be served via email to the listed attorneys:

>Kit Wheatley, kit.wheatley@frb.gov,
>    on behalf of The Board of Governors of the Federal Reserve System
>
>Horace Sneed, horace.sneed@occ.treas.gov,
>    on behalf of The Federal Deposit Insurance Corporation
>
>Barbara Sarshik, bsarshik@fdic.gov,
>    on behalf of The Office of the Comptroller of the Currency

                                                 /s/ Anthony Herman_____
                                                Anthony Herman

*(Above signature line, handwritten annotation: "Anthony Herman — Counsel for Plaintiffs")*

Dated: February 12, 2014